# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD MORROW,**  **PLAINTIFF**
**ADC #175332**

**v.**  **Case No. 4:21-cv-00007-LPR-JTK**

**F. STEWARD, et al.**  **DEFENDANTS**

## ORDER

Before the Court is Plaintiff Richard Morrow's Motion to Voluntarily Dismiss this case. (Doc. 6). Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No defendant has been served[1] and no defendant has appeared to respond to the Complaint. Therefore, Mr. Morrow is entitled to dismiss this action pursuant to Rule 41(a)(1)(A)(i). This action is dismissed without prejudice.

A Judgment shall accompany this Order.

IT IS SO ORDERED this 25th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Order (Doc. 4) at 2 (stating that "[s]ervice is not appropriate at this time" because Mr. Morrow's Motion to Proceed *In Forma Pauperis* was denied and the filing fee had not been paid).