IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD MORROW,**                                                                   **PLAINTIFF**
**ADC #175332**

v.                        Case No. 4:21-cv-00007-LPR-JTK

**F. STEWARD, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 25th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE